with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

GEORGE H. KRAUSS, Respondent, v. VILLAGE OF FAIRPORT, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

GEORGE H. YOUNG, Respondent, v. VILLAGE OF FAIRPORT, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, Clark, Crouch, Taylor and Sawyer, JJ.

EDWIN YOUNGS, Respondent, v. VILLAGE OF FAIRPORT, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

NEIMAN W. HOWER, Respondent, v. MACEDON CREAMERY CORPORATION and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event, on the ground that convenience of witnesses and the ends of justice require that the case be tried in Wayne county where the cause of action arose. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

HARRY O. WILSON, Respondent, v. MACEDON CREAMERY CORPORATION and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event, upon the ground that convenience of witnesses and the ends of justice require that the case be tried in Wayne county where the cause of action arose. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

JOHN A. DOYLE, Respondent, v. W. BERTRAM PAGE, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED HORTON, Appellant.— Judgment of conviction affirmed. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

GEORGE H. CLARKSON, Respondent, v. BURNS LYMAN SMITH, Appellant.— Judgment and order reversed upon the law and a new trial granted, with costs to the appellant to abide event, on the ground that upon the evidence the acts of the defendant's employee in the emergency presented were not negligent. A new trial is, however, granted, because other allegations of negligent conduct on the part of defendant's employee are set forth in the complaint and the plaintiff may be able on the new trial to establish negligence in accordance with such other allegations. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Respondent, v. EMROY ELWOOD, Appellant, Impleaded with STEUBEN COAL AND SUPPLY COMPANY, Defendant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

LOUISE CONNELLY, Respondent, v. TOWN OF NEW HARTFORD, Appellant.— Judgment and order affirmed, with costs, on the authority of *Shearman* v. *State of New York* (223 N. Y. 550). All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CHARLES VENTOR, Respondent, v. TOWN OF NEW HARTFORD, Appellant.— Judgment and order affirmed, with costs, on the authority of *Shearman* v. *State*